UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERNAN CHAVARRIA, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:11-cv-833-M |
| ASIAN ENTERPRISES, INC. d/b/a NAMASTE INDIA SUPERMART, | § § § | |
| Defendant. | § § § § | |

## ORDER

Before the Court is the Joint Settlement Report, Motion for Approval of Settlement Agreement and for Entry of an Order of Dismissal [Docket Entry #22]. After reviewing the recitations contained in that Motion and the terms of the settlement agreement attached to that Motion, the Court finds that *bona fide* disputes of law and fact exist between the parties, that the terms of the settlement are fair and equitable, and that the pending Motion should be **GRANTED**. Therefore, the Court **ORDERS** that the Parties' Settlement Agreement is approved.

The Court further **ORDERS** that this action be **DISMISSED WITH PREJUDICE** and that each party bear his or its own costs, expenses, and attorneys' fees.

**SO ORDERED**.

March 15, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1